1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM B. TAYLOR
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 1:20-po-00095-SAB
12 |             Plaintiff,           | MOTION AND ORDER FOR DISMISSAL
13 | v.                               |
14 | KYLE D. PARKER                   |
15 |             Defendant.           |
16

17 The United States of America, by and through McGregor W. Scott, United States Attorney, and William
18
   B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-po-00095-
19
   SAB against KYLE D. PARKER, without prejudice, in the interest of justice, pursuant to Rule 48(a) of
20
   the Federal Rules of Criminal Procedure.
21

22

23
   DATED: July 16, 2020                         Respectfully submitted,
24
                                                McGREGOR W. SCOTT
25                                              United States Attorney

26                                     By:      /s/ William B. Taylor
                                                WILLIAM B. TAYLOR
27                                              Special Assistant United States Attorney

28

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:20-po-00095-SAB against KYLE D. PARKER be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**July 20, 2020**__

UNITED STATES MAGISTRATE JUDGE